# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:17-mj-1119-DML-1 |
| | ) | |
| | ) | |
| BENJAMIN ERNEST BULRISS., | ) | |
| | ) | |
| Defendant. | ) | |

## APPEARANCE

TO: CLERK OF COURT

Please enter the appearance of Michael J. Donahoe, Indiana Federal Community

Defenders, Inc., as attorney for the Defendant.

Dated: December 20, 2017

> /S/Michael J. Donahoe
> Michael J. Donahoe
> Indiana Federal Community Defenders, Inc.
> 111 Monument Circle, Ste. 3200
> Indianapolis, IN 46204
> (317) 383-3520
> Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on **December 20, 2017**, a copy of the foregoing **APPEARANCE** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

> /S/Michael J. Donahoe
> Michael J. Donahoe