UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>BENJAMIN ERNEST BULRISS,<br>Defendant. | )<br>)<br>)<br>) CAUSE NO. 1:17-mj-1119<br>)<br>)<br>) |

## COURTROOM MINUTE FOR JANUARY 2, 2018
## HONORABLE TIM A. BAKER, MAGISTRATE JUDGE

Parties appear for a detention hearing. Defendant appeared in person and by counsel FCD Mike Donahoe. Government was represented by AUSA Brad Shepard. USPO was represented by Ryan Harrold.

Defendant orally waived his right to a preliminary hearing and probable cause found.

Detention hearing held. Court's Exhibit 1 (PS3) admitted without objection. Testimony taken and evidence proffered. Argument presented.

Court denies Government's motion for pretrial detention [Filing No. 6] and orders Defendant released pending trial subject to the conditions of pretrial release imposed. Defendant's mother, Kathleen Sheehy-Bulriss, was appointed third-party guardian.

Counsel jointly moved for release of the Pretrial Services Report. The Court, finding good cause and no promise of confidentiality and no likelihood of harm, ordered the report released to counsel of record.

Defendant was released pursuant to the conditions of release imposed by the Court.

Date: 1/5/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system