UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

18 JAN 17 PM 4:07

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CAUSE NO. |
| ) | |
| BENJAMIN ERNEST BULRISS, ) | 1:18-cr-0014 JMS -DML |
| ) | |
| Defendant. ) | |

### INDICTMENT

### COUNT 1
(Wire Fraud)
18 U.S.C. § 1343

The Grand Jury charges that:

On or about November 25, 2017, through and including December 18, 2017, in the Southern District of Indiana, BENJAMIN ERNEST BULRISS, defendant herein, devised a scheme to obtain money ($15,000) from VICTIM 1 by false and fraudulent pretenses, specifically false representations about the existence of compromising photographs of VICTIM 1, which were communicated to VICTIM 1.

In furtherance of said scheme, on or about November 25, 2017, the defendant caused an interstate signal to travel from outside the state of Indiana to Indiana.

All in violation of Title 18, United States Code, Section 1343.

A TRUE BILL:

F███████████

JOSH J. MINKLER
United States Attorney

By: _____
Bradley P. Shepard
Assistant United States Attorney