UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

18 JAN 17 PM 4:08

SOUTHERN DISTRICT
OF INDIANA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| V. | ) | CAUSE NO. |
| BENJAMIN ERNEST BULRISS, | ) | 1:18-cr-0014 JMS -DML |
| Defendant. | ) | |

## PENALTY SHEET

You have been charged in an Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 1343 Wire Fraud | 0-20 | $250,000 | NMT 3 years |

Dated: _____    _____
BENJAMIN ERNEST BULRISS
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana